**Opinion issued February 3, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00549-CV

————————————

**REYNALDO MORALES, Appellant**

**V.**

**TRAVELERS INDEMNITY CO. OF CONNECTICUT, Appellee**

---

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2013-54065

---

## MEMORANDUM OPINION

Appellant's notice of appeal does not state what final, appealable judgment he is challenging, but it does state the following: "Due to lack of jurisdiction on September 27, 2021, I will appeal the Case No. DC-2013-54066." The record reveals no final, appealable order or judgment signed on September 27, 2021, but a

final judgment was signed in trial court case number 2013-54066 on March 20, 2014, which was affirmed by this Court. *See Morales v. Travelers Indem. Co. of Conn.*, No. 01-14-00429-CV, 2014 WL 7340374, at \*1 (Tex. App.—Houston [1st Dist.] Dec. 18, 2014, pet. denied). The record contains no subsequent appealable orders.

Accordingly, on December 14, 2021, this Court issued an order advising appellant that the Court might dismiss this appeal for lack of jurisdiction unless appellant filed a response by December 27, 2021 establishing by citation to the record and to authority that this Court has jurisdiction. On December 23, 2021, appellant filed a motion to dismiss his appeal, stating that he no longer wished to pursue the appeal. The Court held this motion for ten days to permit appellee to respond or oppose the motion and no response was filed. *See* TEX. R. APP. P. 10(a). No opinion has issued.

The Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.